Joseph F. VAUGHAN, II, f/k/a Joseph Vaughan; Katherine M. Vaughan, Plaintiffs–Appellants,

v.

WELLS FARGO BANK, N.A., f/k/a Wells Fargo; Premium Capital Funding; Samuel I. White, P.C.; The Bank of New York Mellon Trust Co., f/k/a The Bank of New York, as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Bear Stearns Asset Backed Securities Trust 2006–3, Asset Backed Certificates, Series 2006–3; Does 1–10, Defendants–Appellees,

and

American Federal; Ford Consumer Financing; Travelers Mortgage; Long Beach Mortgage Company; Washington Mutual, Defendants.

No. 16-1665

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

Joseph F. Vaughan, II, Katherine M. Vaughan, Appellants Pro Se. Terry Catherine Frank, Kaufman & Canoles, PC, Richmond, Virginia, for Appellee Wells Fargo Bank, N.A.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph F. Vaughan, II, and Katherine M. Vaughan seek to appeal the district court's order granting Wells Fargo's motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order the Vaughans seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack

of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED